IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEW JERSEY SAND HILL BAND OF
LENAPE AND CHEROKEE INDIANS
and RONALD-STACEY,

    Plaintiffs,

  v.

STATE OF CALIFORNIA, et al.,

    Defendants.
                             /

No. C 09-03553 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action without leave to amend, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of all defendants and against plaintiff Ronald-Stacey. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 26, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE